**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHAMBERS OF<br>**SUSAN D. WIGENTON**<br>UNITED STATES DISTRICT JUDGE | MARTIN LUTHER KING JR. FEDERAL BUILDING<br>50 WALNUT ST., ROOM 5060<br>NEWARK, NJ 07101<br>973-645-5903 |

**<u>LETTER ORDER</u>**

November 14, 2008

Melvin Baskin
100 Old Palisade Road
Apt. 3116
Fort Lee, NJ 07024
*Plaintiff pro se*

Robert A. Berns
Wilson, Elser, Moskowitz,
 Edelman & Dicker, LLP
33 Washington Street
Newark, NJ 07102
*Counsel for Defendant*

    **Re:** ***Melvin Baskin v. Washington Mutual*, 08-cv-3058 (SDW-MCA)**

    The above-referenced action was removed to this Court by Defendant Washington Mutual on June 16, 2008. Defendant filed a motion to dismiss on August 12, 2008 pursuant to Federal Rule of Civil Procedure 12(b)(6). Defendant served the motion on Plaintiff by regular and certified mail on that date. A response to the motion was due by September 2, 2008. As of this date, Plaintiff, appearing *pro se*, has failed to respond to the motion or otherwise appear in this action. Accordingly, Defendant's motion to dismiss is hereby GRANTED without prejudice.

    **SO ORDERED.**

                          <u>/s Susan D. Wigenton</u>, U.S.D.J

cc:  Hon. Madeline Cox Arleo, U.S.M.J.